■ In the Matter of JOHN R. DAVISON et al., Appellants, v. HAMMOND ROBERTSON et al., Constituting the Board of Appeals of the Town of Bethlehem, et al., Respondents.— Motion to dismiss appeal denied, without costs, and without prejudice to a renewal thereof if the appeal is not perfected on or before July 1, 1962. Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.